## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:08CV578-V

| | |
|---|---|
| MILLIKEN & COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CNA HOLDINGS, INC., et. al., )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's "Application for Admission to Practice Pro Hac Vice [for Hector Torres]" (documents #22) filed April 1, 2009. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: April 1, 2009

Carl Horn, III
United States Magistrate Judge