# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08CV578-V

| | |
|---|---|
| MILLIKEN & COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) **O R D E R** |
| CNA HOLDINGS, INC., et. al., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Defendant's "Application[s] for Admission to Practice Pro Hac Vice [for Harold G. Levison, Paul J. Zoeller, Constantine Z. Pamphilis, and Thomas P. Ludwig]" (documents ##23, 24, 25, and 26) filed April 1, 2009. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: April 1, 2009

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge