UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MILLIKEN & COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CNA HOLDINGS, INC. and CELANESE AMERICAS CORPORATION,<br><br>    Defendants. | Case No.:   3:08-CV-578-RLV-DSC<br><br>**STIPULATION AND PROPOSED<br>ORDER OF VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED that this action is voluntarily dismissed and discontinued, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, in all respects, with prejudice, and without costs or attorneys' fees to either party.

_____
Cory Hohnbaum
KING & SPALDING, LLP
227 W. Trade Street, Suite 600
Charlotte, NC 28202
Telephone: (704) 503 2600
Facsimile: (704) 503 2622
chohnbaum@kslaw.com

*Attorneys for Plaintiff*

_____
Hector Torres
KASOWITZ, BENSON, TORRES &
 FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1730
Facsimile: (212) 506-1800
htorres@kasowitz.com

*Attorneys for Defendants*

Dated: Charlotte, NC
   August 12, 2011

SO ORDERED

_____
Hon. Richard L. Voorhees
United States District Judge